EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE SEARCH OF THE PREMISES AND RESIDENCE WHICH IS LOCATED AT 16266 COUNTY ROAD 3655, ALLEN, OKLAHOMA 74825.

Case No.

**MJ-19-106-KEW**

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before _____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.
☐ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kimberly E. West.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
  ☐ for _____ days *(not to exceed 30)*
  ☐ until, the facts justifying, the later specific date of _____.

Date: 12/9/19

City and state: __Muskogee, Oklahoma__

*Judge's signature*

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

EDOK - Search Warrant PAGE 2

### RETURN

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ-19-106-KEW | December 16, 2019 1030am | Brad Lillard |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By _____ Deputy Clerk
Dated 12/9/19

| | |
|---|---|
| Inventory made in the presence of: <br> Brad Lillard | |
| Inventory of the property taken and name of any person(s) seized: | |
| -Enfield No.4Mk1 SN 14661 | -Improvised grenade fuse |
| -Ruger 10/22 SN 235-61217 | -15 boxes of ammunition |
| -Ruger Mk1 SN 14-67583 | -Remington Model 552 SN A1866088 |
| -Enfield SN 72237 | -Remington Model 870 Tactical SN RS55069Y |
| -Iver Johnson revolver no SN | -Ruger 10/22 SN 237-06144 |
| -3 Pen guns | -Remington 870 Police Magnum SN A32895M |
| -2 Oilfield perforators | -Stevens Model 94 no SN |
| -3 electronic blasting caps | -SCCY Model CPX2 SN 790193 |
| - SRT Arms suppressor sn 1106-2210 | -Keltec P11 SN 32000 |
| -Unknown suppressor | -Glass dish with methamphetamine and paraphernalia |
| -Possible auto sear | -5 boxes of ammunition |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-9-20

*Executing officer's signature*

Lucas Keck ATF SA

*Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF PREMISES TO BE SEARCHED

The property to be searched is: 16266 County Road 3655, Allen, OK 74825. The residence is further described as rural property located south of County Road 1560 on County Road 3655. The property is on the east side of County Road 3655, approximately .3 miles south of County Road 1560. The entrance to the property is located just north and east of a grain silo on the west side of County Road 3655.

The search of the residence at 16266 County Road 3655, Allen, OK 74825, within the Eastern District of Oklahoma, also includes any appurtenances to the real property, any storage units/outbuildings, any safes or other secured containers, any motor vehicles located on the property, as well as the property itself to include the ponds, trash piles, and any areas contained within the fenced 5 acres listed on tax rolls as part of the property.







# ATTACHMENT B

# DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. Firearms, such as machine guns, hand grenades, rockets, and anti-personnel mines.

2. Firearms as described under Title 26, United States Code, to include machine guns, firearms silencers, and destructive devices;

3. Assembled improvised explosives devices and unassembled components of these devices to include, but not limited to: Metal, plastic or cardboard containers (i.e. propane bottles, pipe nipples, end caps, PVC pipe, galvanized pipe, cardboard tubes, bowls, rubber gloves) or other containers

4. Explosive fillers to include, but not limited to: Powders (i.e. black powder, smokeless powder, Pyrodex, flash powder) match heads, commercially manufactured high explosive materials (i.e. dynamites, slurries, emulsions), unmixed chemical powders and/or substances, gasoline, liquid chemicals that can be combined to produce an explosive material, flammable gases that when confined can result in an explosion.

5. Mixing bowls, glassware or other containers, spoons, funnels or other mixing implements.

6. Commercially manufactured detonators or improvised detonators, either electric or non-electric or other initiating components to include but not limited to: Flashbulbs, filaments, rocket motors, fuses (i.e. commercially manufactured hobby fuse, safety fuse, quick match, or other improvised fuses.

7. Electric components to include, but not limited to: wires/wiring, tape, wire connectors, shrink tube, wire ties, relays, switches, circuit boards, capacitors, batteries or other power sources, timing and remote control mechanisms.

8. Duct tape, electrical tape or other adhesive items.

9. Items to be used as fragmentation or shrapnel to include, but not limited to: Ammunition, Ball bearings, BB's, nuts, bolts, screws, nails, brads.

10. Tools commonly used in the manufacture of improvised explosive devices to include, but not limited to: Trays, punches, drills, drill bits, vices, wrenches, cutting implements, fastening implements, soldering irons, solder, circuit testers.

11. Literature pertaining to the assembly, manufacture and functioning of explosive devices or materials to include, but not limited to: Books, pamphlets, drawings, sketches, diagrams, photographs, computer generated or computer stored information of same.

12. Receipts showing the purchase of: Improvised explosive device components, chemicals, powders, tools, literature, address books, phone lists or other notes containing notes listing associates, contacts or sources of supply for improvised explosive device components.

13. Any items likely to be contaminated or show traces of any chemicals or explosive materials, including but not limited to carpeting/rugs, furniture cushions, vacuum cleaner bags and attachments.

14. Records to establish the persons who have control, possession, custody or dominion over property searched and from which evidence is seized, to include but not limited to: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, financial documents, keys, photographs, leases, mortgage bills and telephone answering machine introductions and messages, and all records related to pagers and telephones;

15. Items of personal property that tend to identify the person(s) in residency, occupancy, control, or ownership of the premises that is the subject of this warrant, including but not limited to: canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

16. Receipts, forms, ledgers, and documents related to the purchase of firearms. Ledgers/notes with information with contacts of individuals who have purchased/bartered firearms;